IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIAM HOWARD, JR.                                             PLAINTIFF

v.                          No. 3:11-cv-156-DPM

MAVERICK TUBE CORPORATION,
d/b/a Tenaris Hickman                                          DEFENDANT

## JUDGMENT

Howard's complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 October 2013